IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Aaron | Case Number: 04 B 31470 |
|---|---|---|
| | Wilson, Hellen | Judge: Goldgar, A. Benjamin |
| | Printed: 12/28/07 | Filed: 8/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 19, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,200.00 | |
| Secured: | | 3,274.47 |
| Unsecured: | | 1,846.27 |
| Priority: | | 0.00 |
| Administrative: | | 1,705.20 |
| Trustee Fee: | | 374.06 |
| Other Funds: | | 0.00 |
| Totals: | 7,200.00 | 7,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,705.20 | 1,705.20 |
| 2. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 3,274.47 | 3,274.47 |
| 4. | US Bank | Unsecured | 702.38 | 866.31 |
| 5. | CB USA | Unsecured | 26.89 | 33.18 |
| 6. | ECast Settlement Corp | Unsecured | 138.40 | 170.70 |
| 7. | Debt Recovery Solutions | Unsecured | 16.38 | 20.20 |
| 8. | Nicor Gas | Unsecured | 114.32 | 140.99 |
| 9. | ECast Settlement Corp | Unsecured | 344.86 | 425.35 |
| 10. | SBC | Unsecured | 36.69 | 45.25 |
| 11. | ECast Settlement Corp | Unsecured | 61.99 | 76.45 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 67.84 |
| 13. | Blue Cross Hmo | Unsecured | | No Claim Filed |
| 14. | Direct Tv | Unsecured | | No Claim Filed |
| 15. | Household Bank FSB | Unsecured | | No Claim Filed |
| 16. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 17. | South Suburban Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,476.58 | $ 6,825.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 78.00 |
| 4% | 24.00 |
| 3% | 17.99 |
| 5.5% | 99.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, Aaron
    Wilson, Hellen
    Printed: 12/28/07

Case Number:  04 B 31470
Judge:  Goldgar, A. Benjamin
Filed:  8/24/04

|  |  |
|---|---|
| 5% | 30.00 |
| 4.8% | 36.20 |
| 5.4% | 88.86 |
|  | _____ |
|  | $ 374.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____